UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU,<br><br>              Plaintiff,<br><br>     v.<br><br>BILL MCGUIRE, *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-2827-TLN-JDP (PS)<br><br>ORDER |

   Plaintiff has filed a request for a second extension of time to file an amended complaint. Good cause appearing, the request will be granted.

   Accordingly, it is hereby ORDERED that:

   1. Plaintiff's motion for an extension of time, ECF No. 6, is GRANTED; and

   2. Plaintiff is granted until June 25, 2025, to file a first amended complaint.

   3. Plaintiff is admonished that the court is not inclined to grant further extensions.

IT IS SO ORDERED.

Dated:    May 28, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1