UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU, | Case No. 2:24-cv-2827-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| BILL MCGUIRE, *et al.*, | |
| Defendants. | |

On November 7, 2025, I denied plaintiff's motion for electronic filing privileges and granted her request for thirty days to file an amended complaint. ECF No. 11. Plaintiff has filed a renewed motion seeking electronic filing privileges and another motion for an extension of time to file an amended complaint. ECF Nos. 12 & 13. For the reasons stated in the November 7, 2025 order, plaintiff's request for electronic filing privileges is denied. I will grant plaintiff a final thirty-day extension to file an amended complaint. No further extensions of time will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for electronical filing privileges, ECF No. 13, is DENIED.

2. Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED. Plaintiff shall file an amended complaint within thirty days from this order's issuance. Should plaintiff fail to file an amended complaint within thirty days, this action may be dismissed for failure to state a

1

claim, failure to comply with court orders, and failure to prosecute.

IT IS SO ORDERED.

Dated:   December 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE