UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

          Plaintiff,

    v.

BILL MCGUIRE, *et al.*,

          Defendants.

Case No.  2:24-cv-2827-TLN-JDP (PS)

ORDER

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations issued on April 1, 2026.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 18, is GRANTED; and

    2.  Plaintiff is granted thirty days from the date of this order in which to file objections to the April 1, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:    April 16, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1