UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU, | Case No. 2:24-cv-2827-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| BILL MCGUIRE, *et al.*, | |
| Defendants. | |

Plaintiff filed a second motion for extension of time to file objections to the findings and recommendations issued on April 1, 2026. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 20, is GRANTED; and

2. Plaintiff is granted until June 18, 2026 to file objections to the April 1, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:   May 19, 2026                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

1