UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

            Plaintiff,

    v.

BILL MCGUIRE, *et al.*,

            Defendants.

Case No.  2:24-cv-2827-TLN-JDP (PS)

ORDER

Plaintiff filed a third motion for extension of time to file objections to the findings and recommendations issued on April 1, 2026.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 22, is GRANTED; and

    2.  Plaintiff is granted until June 26, 2026 to file objections to the April 1, 2026 findings and recommendations.  Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:    June 12, 2026  

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1