UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

Plaintiff,

v.

BILL MCGUIRE, et al.,

Defendants.

No. 2:24-cv-2827-TLN-JDP

**ORDER**

Plaintiff, proceeding pro se, filed this civil rights action against Defendants, employees of Twin Rivers Unified School District, seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 1, 2026, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) After being granted three extensions of time, Plaintiff timely filed objections on June 26, 2026. (ECF Nos. 19, 21, 23, 24.) The Court has considered those objections herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed April 1, 2026 (ECF No. 17) are ADOPTED in full;
2. Plaintiff's First Amended Complaint (ECF No. 16) is DISMISSED without leave to amend for failure to state a cognizable claim; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: October 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE